IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00255-WJM-NRN

THE MORNINGSIDE VILLAGE CONDOMINIUM OWNERS ASSOCIATION, INC.,

Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Dkt. #66) is GRANTED. The Scheduling Order (Dkt. #61) is AMENDED to extend the following deadlines:

- Affirmative Expert Disclosures: June 2, 2023
- Rebuttal Expert Disclosures: June 30, 2023
- Discovery Cut-Off: September 1, 2023
- Dispositive Motion Deadline: September 29, 2023

It is further ORDERED that the Final Pretrial Conference set for September 12, 2023 at 10:00 a.m. is VACATED and RESET to December 7, 2023 at 10:30 a.m. The proposed Final Pretrial Order is due on or before November 30, 2023.

Date: April 10, 2023