IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00255-WJM-NRN

THE MORNINGSIDE VILLAGE CONDOMINIUM OWNERS ASSOCIATION, INC.,

Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Finding good cause, it is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Dkt. #75) is GRANTED. The Scheduling Order (Dkt. #61) is AMENDED to extend the discovery cut-off to November 3, 2023, and the dispositive motion deadline to November 10, 2023.

Date: August 17, 2023